**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**John D. HORTON, Defendant–Appellant.**

**No. 01–4931.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

John D. Horton, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

94

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John D. Horton appeals the magistrate judge's order denying his motion to dismiss and for sanctions. We have reviewed the record and the magistrate judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *United States v. Horton*, No. CR–01–617–DEN (E.D.N.C. filed Nov. 14, 2001; entered Dec. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*